```
Form 07 - CORPORATION
          DEALY & SILBERSTEIN LLP
          ATTN:
U.S. DISTRICT SOUTHERN COURT      NEW YORK   COUNTY
------------------------------------------------
```

| | |
|---|---|
| CHERYL BLENK                                plaintiff | Index No. **07CIV 6825** |
| - against - | Date Filed  ............ |
| | Office No. |
| EQUINOX HOLDINGS INC. F/K/A             defendant<br>EQUINOX FITNESS CLUB, ETANO | Court Date:   / / |

```
------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**BARRY GERMAN**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **10th** day of **August, 2007** at **11:25 AM.,**    at
    **895 BROADWAY, 3RD FL.**
    **NEW YORK, NY 10003**

I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **CIVIL COVER SHEET**
    **JUDGES RULES**

upon **EQUINOX HOLDINGS,INC. F/K/A EQUINOX FITNESS CLUB a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
         **SHEANA STOKES,    MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**       COLOR: **BLACK**       HAIR: **BLACK**
    APP. AGE: **30**      APP. HT: **5:8**       APP. WT: **140**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
15th  day of August,        2007ni

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

BARRY GERMAN  0982866
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3DS1354769