Form 19 - SECRETARY OF STATE - 306

**DEALY & SILBERSTEIN LLP**
**ATTN:**

| U.S. DISTRICT SOUTHERN COURT | NEW YORK COUNTY | STATE OF NEW YORK |

---

CHERYL BLENK                                      plaintiff

- against -

EQUINOX HOLDINGSM INC. F/K/A              defendant
EQUINOX FITNESS CLUB, ETANO

Index No. **07CIV 6825**

Date Filed   . . . . . . . . . . . . .

Office No.

Court Date:   /   /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
  **STEVE AVERY**                        being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.     That on the
  **20th    of August,  2007 at   02:00  PM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
  **SUMMONS AND COMPLAINT**
  **CIVIL COVER SHEET**
  **JUDGES RULES**
UPON: **EQUINOX HOLDINGS, INC. F/K/A EQUINOX FITNESS CLUB**
the **DEFENDANT** in this action, by delivering to and leaving with
  **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

  Deponent further describes the person actually served as follows:

  SEX: **FEMALE**       COLOR: **WHITE**        HAIR: **BLONDE**
  APP. AGE: **35**      APP. HT: **5:5**        APP. WT: **130**
OTHER IDENTIFYING FEATURES:


SWORN TO BEFORE ME THIS
22nd   DAY OF   August,  2007sr

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

STEVE AVERY
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3DS1354770