UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHERYL BLENK,

                                                          07 CV 6825 (PKC) (HBP)
                                                          ECF ACTION

                    Plaintiff,

        - against -                                     **NOTICE OF APPEARANCE**

EQUINOX HOLDINGS, INC. f/k/a
EQUINOX FITNESS CLUB and
JOEL GREENGRASS,
                    Defendants.
----------------------------------------------------------------X

      DEALY & SILBERSTEIN, LLP hereby gives notice of its appearance on behalf of CHERYL BLENK, the Plaintiff in this action, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this action be furnished to the undersigned.

Dated: September 7, 2007
       New York, New York

                                                             Yours, etc.,

                                                            DEALY & SILBERSTEIN, LLP

                                                             By: _____
                                                                  Milo Silberstein (MS 4637)
                                                               *Attorneys for Plaintiff Cheryl Blenk*
                                                               225 Broadway, Suite 1405
                                                               New York, New York 10007
                                                               (212) 385-0066

## AFFIRMATION OF SERVICE

MILO SILBERSTEIN, an attorney duly admitted to practice in the United States District Court, Southern District of New York, affirms under the penalty of perjury, that on the 7th day of September, 2007, I served the Notice of Appearance, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the following addressee:

> Allan S. Bloom (AB-4125)
> Jennifer L. Bartle (JB-3589)
> Paul, Hastings, Janofsky & Walker LLP
> 75 East 55th Street
> New York, NY 10022
> *Attorneys for Defendant Equinox Holdings, Inc.*
> *f/k/a Equinox Fitness Club*

Dated: New York, New York
September 7, 2007

MILO SILBERSTEIN (MS 4637)