```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHERYL BLENK,

                Plaintiff,

- against -

EQUINOX HOLDINGS, INC. f/k/a
EQUINOX FITNESS CLUB and JOEL
GREENGRASS,

                Defendants.

07 CV 6825 (PKC) (HBP)

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto that Defendant Equinox Holdings, Inc. f/k/a Equinox Fitness Club shall have an extension, through October 2, 2007, of its time to respond to the Complaint filed herein by Plaintiff. Defendant's response to Plaintiff's Complaint originally was due on September 11, 2007. No previous request for an extension has been made, and both parties consent to an extension.

Dated: September 7, 2007

| | |
|---|---|
| DEALY & SILBERSTEIN, LLP | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| By: Milo Silberstein (MS-4637) | By: Allan S. Bloom (AB-4125) |
| 225 Broadway | Jennifer L. Bartle (JB-3589) |
| Suite 1405 | 75 East 55th Street |
| New York, New York 10007 | New York, New York 10022 |
| (212) 385-0066 | (212) 318-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Equinox Holdings, Inc. f/k/a Equinox Fitness Club* |

SO ORDERED:

9-10-07

Hon. P. Kevin Castel
United States District Judge